# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-11-00847-CV
NO. 03-11-00848-CV

**Lisa Moreno and Lupe Moreno, Appellants**

**v.**

**Robert Michael Gilbert, Dennis Benefield, and Patty Benefield, Appellees**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT
NOS. 10-1537-F425 & 10-1039-F425
HONORABLE MARK J. SILVERSTONE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants Lisa Moreno and Lupe Moreno no longer wish to pursue their appeals against appellees Robert Michael Gilbert, Dennis Benefield, and Patty Benefield and have filed a motion to dismiss in both cause numbers. Counsel for appellants and counsel for appellees agreed to the form of a proposed order granting the motion to dismiss both appeals. We grant the motion and dismiss these appeals. Tex. R. App. P. 42.1(a)(1).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellants' Motion

Filed: April 6, 2012